DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTOPHER SANDERS,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

No. 2D2023-1534
_____

May 29, 2024

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Christopher Sanders, pro se.

Ricky D. Dixon, Secretary, Florida Department of Corrections, Tallahassee, and Kelly R. Forren, Assistant General Counsel, Office of the General Counsel, Tallahassee, for Appellee.

PER CURIAM.

   Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.